**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00019-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NOEMI ARMENDAREZ,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On May 15, 2006, the probation officer submitted a petition for early termination of probation in this case. On May 15, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on May 15, 2006, and the United States has not objected to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this   22nd   day of May, 2006.

       BY THE COURT:

       *s/ Phillip S. Figa*

       Phillip S. Figa
       United States District Judge